

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Sandra L. Kinney
1813 Stratford Dr.
Champaign, IL. 61821
(Name of the plaintiff or plaintiffs)

CIVIL ACTION

v.

NO. 14-2216

Champaign Urbana Rehab Center
302 E Burwash Ave
Savoy, IL. 61874
(Name of the defendant or defendants)

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Sandra Kinney,
whose street address is 1813 Stratford Dr.,
(city) Champaign (state) IL (ZIP) 61821
(Plaintiff's telephone number) (217)-3909881

3. The defendant is Champaign Urbana Regional Rehab whose
street address is 302 E Burwash Ave,
(city) Savoy (state) IL (ZIP) 61874
(Defendant's telephone number) (217)-4029700

4. The alleged discrimination occurred at 302 Burwash Ave.
(city) Savoy (state) IL (ZIP) 61874

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __Oct__, (day) _____, (year) __2012__

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☒ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): _____

8. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) _June 24, 2014_.

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐ by failing to hire the plaintiff.

    (b) ☐ by terminating the plaintiff's employment.

    (c) ☒ by failing to promote the plaintiff.

    (d) ☒ by failing to stop harassment;

    (e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

    (g) ☒ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☒ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☒ other (specify): _Denied open position, well Qualified for_

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

10/12 Placed on administrative leave for allegedly harassing a ~~it~~ Caucasion subordinate. I was Instructed by Superior to perform tasks related to Alleged harassment. Placed on admin leave for 2 weeks, for admin to investigate. ~~Facts to~~ Other subordinates (Black) c/o being harassed by Caucasion superior - no investigation or admin leave for Caucasion Superior. I also reported a Caucasion nurse diverting narcotics to admin, as result "anonymous" call ~~letter~~ made to narcotic agents alleging I was doing cocaine & marajuana with subordinate staff. →

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
[check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): _____

4

Also, other minority and ethic groups were disciplined at a disporportinate rate than Caucasion counterparts. I was subjected constantly to mistreatment of lower educated, lower paid staff members.

_____

_____

_____

_____

_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

_Sandra L. Kinney_
(Plaintiff's signature)

_Sandra L. Kinney_
(Plaintiff's name)

_1813 Stratford Dr._

_CH._
(Plaintiff's street address)

(City) _Champaign_ (State) _IL_ (ZIP) _61821_

(Plaintiff's telephone number) _(217) - 390 9881_

Date: _Sept. 8, 2014_

5

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Sandra Kinney<br>1813 Stratford Drive<br>Champaign, IL 61821 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2013-00265 | Daniel L. Lim,<br>Acting State & Local Coordinator | (312) 869-8082 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe/dll*                                             June 24, 2014

Enclosures(s)
                                      John P. Rowe,<br>                                      District Director                                                  *(Date Mailed)*

cc:    **CHAMPAIGN URBANA REGIONAL**<br>        **233 South Wacker Drive**<br>        **Suite 6150**<br>        **Chicago, IL  60601**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. #13M1022.06 | ☒ IDHR ☐ EEOC | 2013SF1156 |

RECEIVED OCT 29 2012 Dept. of Human Rights

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) Sandra Kinney | TELEPHONE NUMBER (include area code) | |
|---|---|---|
| STREET ADDRESS 1813 stratford Dr | CITY, STATE AND ZIP CODE Champaign, IL 61821 | DATE OF BIRTH / / M D Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT Champaign Urbana Regional Rehab | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) 217-402-9700 | |
|---|---|---|---|
| STREET ADDRESS 302 E. Burwash Ave | CITY, STATE AND ZIP CODE Champaign, Il 61874 | | COUNTY Champaign |
| CAUSE OF DISCRIMINATION BASED ON: RACE | | DATE OF DISCRIMINATION Oct 2012 ☐ CONTINUING ACTION | |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS
1. Administrative leave in Oct 2012, related to race, Black.

B. PRIMA FACIA ALLEGATIONS
1. My race is Black.
2. I was well qualified and performed the duties of assistant director of nurses in a manner consistent with policy.
3. I was subject to administrative leave on or about Oct 15, 2012. Respondent said the administrative leave was resultant of an allegation I harassed a Caucasian subordinate.
4. Investigation will show that Jackie Sass, Caucasian manager, was well aware that I had been trying to compel a Caucasian subordinate to correct errant behavior and adhere to work ethics/practices. It is my sincere belief my race was the motivational factor in the the discipline of me.

Page 1 of 1

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 29 DAY OF October, 2012
X _____ NOTARY SIGNATURE

OFFICIAL SEAL
CHRISTA L. JOHNSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-9-2013

NOTARY STAMP

X Sandra L. Kinney  10/29/12
SIGNATURE OF COMPLAINANT   DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 11/09-INT)